IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:18-cr-00338 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| MONTAE GRAY | ) | |

## MOTION TO DISMISS CASE WITHOUT PREJUDICE

The United States of America, through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Juliet Aldridge, respectfully moves this Honorable Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss Case No. 3:18-cr-00338 against defendant Montae Gray, without prejudice as the defendant has passed away. A copy of the homicide report is attached as Exhibit A.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

*/s/ Juliet Aldridge*
JULIET ALDRIDGE
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151